# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>C/O RICHHI,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-03-5892 AWI SMS P<br><br>ORDER STRIKING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 31)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINES SET FORTH IN SCHEDULING ORDER<br><br>(Doc. 32) |

      Plaintiff James Garrett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2005, plaintiff filed an application to proceed in forma pauperis and a request for an extension of the deadlines set forth in the scheduling order filed on September 2, 2004. Defendant filed a statement of non-opposition to plaintiff's request for an extension on May 6, 2005.

      Plaintiff's application to proceed in forma pauperis shall be stricken from the record. Plaintiff has already been granted leave to proceed in forma pauperis in this action and it is unnecessary for plaintiff to file another request.

      Plaintiff's request for an extension of the deadlines set forth in the scheduling order shall be granted. The extension is applicable to both parties.

      Accordingly, it is HEREBY ORDERED that:

      1.      Plaintiff's application to proceed in forma pauperis is STRICKEN;

    2.      Plaintiff's request for an extension of the deadlines set forth in the scheduling order is GRANTED;

    3.      The deadline for the completion of all discovery, including filing motions to compel, is extended to **July 25, 2005**;

    4.      The deadline for amending the pleadings is extended to **August 25, 2005**; and

    5.      The deadline for filing pre-trial dispositive motions is extended to **September 26, 2005**.

IT IS SO ORDERED.

**Dated:**    **May 16, 2005**                  /s/ Sandra M. Snyder
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE