UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C/O RICHHI,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | CASE NO. CV-F-03-5892 AWI SMS P<br><br>ORDER STRIKING IN FORMA PAUPERIS APPLICATION AND DISCOVERY REQUEST<br><br>(Docs. 35 and 36) |

　　Plaintiff James Garrett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2005, plaintiff filed an application to proceed in forma pauperis and a motion to compel.

　　Plaintiff is already proceeding in forma pauperis in this action and has already been notified by the court that he does not need to file any motions seeking leave to proceed in forma pauperis. (Doc. 34.) <u>Plaintiff is hereby notified that he **should not** file any further applications to proceed in forma pauperis in this action</u>. Plaintiff's application shall be stricken.

　　Plaintiff's self-titled motion to compel is in fact a discovery request, not a motion to compel. Discovery requests are served on the opposing party and are to be filed with the court until and unless there is a proceeding where the request is at issue. If a party fails to respond to a discovery request or if a party is dissatisfied with a response, a motion to compel may be appropriate. However, a motion to compel is not the appropriate vehicle by which to obtain discovery in the first instance.

///

1  Based on the foregoing, plaintiff's application to proceed in forma pauperis and motion to
2 compel, filed June 13, 2005, are STRICKEN from the record.

4 IT IS SO ORDERED.

5 **Dated:   August 8, 2005**                              **/s/ Sandra M. Snyder**
   icido3                                                   UNITED STATES MAGISTRATE JUDGE