# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT, | CASE NO. CV-F-03-5892 AWI SMS P |
| Plaintiff, | ORDER STRIKING MOTION FOR EXTENSION OF TIME FOR FAILURE TO CERTIFY THAT MOTION WAS SERVED ON DEFENDANT'S COUNSEL |
| v. | |
| C/O RICHHI, | (Doc. 46) |
| Defendant. | |

On September 26, 2005, plaintiff filed a motion seeking an extension of the pre-trial dispositive motion deadline. Plaintiff is required to serve defendant's counsel with all filings and attach a proof of service (handwritten or otherwise) to each filing stating that plaintiff served the filing on defendant's counsel. Fed. R. Civ. P. 5; Local Rule 5-135. Plaintiff did not do so and his motion is HEREBY STRICKEN from the record as a result.[1]

IT IS SO ORDERED.

**Dated:   October 2, 2005**                    **/s/ Sandra M. Snyder**

---

[1] Plaintiff states that he was unable to attach a proof of service because he was unable to access the law library. Plaintiff may handwrite a proof of service just as he handwrote his motion. Therefore, law library access is not required for plaintiff to create a proof of service. Further, the court is more interested in plaintiff's compliance with the rules rather than with plaintiff getting the technical format of a proof of service correct. All plaintiff needs to do is include some signed and dated statement that certifies that plaintiff served his filing on defendant's counsel. Absent such a statement, the court will not consider plaintiff's filings.

1

| | |
|---|---|
| 1  icido3 | UNITED STATES MAGISTRATE JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |