# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>            Plaintiff,<br><br>     v.<br><br>C/O RICHHI,<br><br>            Defendant.<br>_____/ | CASE NO. 1:03-CV-05892-AWI-SMS-P<br><br>ORDER DIRECTING DEFENDANT TO NOTIFY COURT WHETHER HE CONSENTS TO OR DECLINES MAGISTRATE JUDGE JURISDICTION |

Plaintiff has consented to Magistrate Judge jurisdiction. (Doc. 8.) However, defendant has neither consented to nor declined Magistrate Judge jurisdiction. Accordingly, within **thirty (30) days** from the date of service of this order, defendant shall notify the court whether he consents to or declines Magistrate Judge jurisdiction.

IT IS SO ORDERED.

**Dated:    October 7, 2005**              /s/ Sandra M. Snyder
i0d3h8                                             UNITED STATES MAGISTRATE JUDGE

1