# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>    Plaintiff,<br><br>  v.<br><br>C/O RICHHI,<br><br>    Defendant.<br>_____/ | CASE NO. 1:03-CV-5892-AWI-SMS-P<br><br>ORDER VACATING SECOND SCHEDULING ORDER IN ITS ENTIRETY<br><br>(Doc. 51)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE PRE-TRIAL DISPOSITIVE MOTION DEADLINE<br><br><u>New Motion Deadline</u>:    January 23, 2006 |

    Plaintiff James Garrett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The deadline for filing pre-trial dispositive motions was September 26, 2005. Neither party filed a motion and on October 11, 2005, the court issued the Second Scheduling Order, which set this matter for telephonic trial confirmation hearing and jury trial. On November 3, 2005, plaintiff filed a motion seeking an extension of the pre-trial dispositive motion deadline, and on November 16, 2005, defendant filed a statement of non-opposition.

    Accordingly, it is HEREBY ORDERED that:

    1.    The Second Scheduling Order is VACATED in its entirety;

    2.    Plaintiff's motion for an extension of the pre-trial dispositive motion deadline, filed November 3, 2005, is GRANTED;

///

3. The new pre-trial dispositive motion deadline, applicable to both parties, is extended to **January 23, 2006**.

IT IS SO ORDERED.

**Dated:**   **November 17, 2005**            /s/ **Sandra M. Snyder**
i0d3h8                                                      UNITED STATES MAGISTRATE JUDGE