# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,                                    CASE NO. 1:03-CV-05892-AWI-SMS-P

               Plaintiff,          ORDER DISREGARDING NOTICE OF
                                                 MISINFORMATION IN SUBPOENA FOR
     v.                                    RECORDS

C/O RICHHI,                                      (Doc. 57)

              Defendant.

_____/

      On December 15, 2005, plaintiff filed a notice of misinformation in a subpoena for records. The court does not involve itself in discovery being conducted between the parties unless the court's assistance is needed, usually when a dispute arises between the parties. Plaintiff did not seek any relief from the court in his notice. Accordingly, plaintiff's notice is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:    January 10, 2006**            _____/s/ Sandra M. Snyder_____
icido3                                      UNITED STATES MAGISTRATE JUDGE

1