1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JAMES GARRETT,                          CASE NO. 1:03-CV-05892-AWI-SMS-P

10              Plaintiff,                  ORDER GRANTING DEFENDANT'S
                                           MOTION FOR AN EXTENSION OF TIME TO
11         v.                              FILE A DISPOSITIVE MOTION, NUNC PRO
                                           TUNC TO FEBRUARY 6, 2006
12  C/O RICHHI,
                                           (Doc. 60)
13              Defendant.
    _____/
14

15         On January 23, 2006, defendant Ricci filed a motion seeking an extension of time to file a

16  dispositive motion.   On February 6, 2006, defendant filed a motion for summary judgment.

17  Accordingly, defendant's motion for an extension of time is HEREBY GRANTED, nunc pro tunc

18  to February 6, 2006.

19

20  IT IS SO ORDERED.

21  **Dated:    February 10, 2006**            _____/s/ Sandra M. Snyder_____
    i0d3h8                                     UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28