1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JAMES GARRETT,                              CASE NO. 1:03-CV-05892-AWI-SMS-P

10                    Plaintiff,               ORDER DISREGARDING REQUEST FOR
                                               RULING
11        v.
                                               (Doc. 62)
12  C/O RICHHI,

13                    Defendant.
    _____/

14

15        On January 23, 2006, Plaintiff filed a request for a ruling on his motion for the appointment

16  of counsel filed on December 12, 2005.  Motions filed by parties will be ruled on in due course.  In

17  this instance, the Court denied the motion for counsel on January 11, 2006.  It is unnecessary for

18  Plaintiff to request a ruling on a pending, and it is in fact viewed with favor, as it works to tax

19  the already overtaxed resources of the Court.

20        Plaintiff's request for a ruling, filed December 12, 2005, is HEREBY DISREGARDED.

21

22  IT IS SO ORDERED.

23  **Dated:    February 16, 2006**              _____/s/ Sandra M. Snyder_____
    icido3                                       UNITED STATES MAGISTRATE JUDGE

24

25
26
27
28

                                               1