UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES GARRETT, | ) | 1:03-CV-5892-AWI-SMS-P |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| v. | ) | |
| CALIFORNIA DEPT. OF CORRECTIONS, | ) | (DOCUMENT #68) |
| | ) | |
|     Defendants. | ) | |

On February 23, 2006, plaintiff filed a motion to extend time to respond to defendant's motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his response to defendant's motion for summary judgment.

IT IS SO ORDERED.

**Dated:** **March 7, 2006**      /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE