# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C/O RICHHI,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　／ | CASE NO. 1:03-CV-05892-AWI-SMS-P<br><br>ORDER DENYING PLAINTIFF'S RULE 56(F) MOTION, WITH PREJUDICE<br><br>(Doc. 79) |

　　　　Plaintiff James Garrett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2006, defendant Ricci ("defendant") filed a motion for summary judgment. After obtaining an extension of time, plaintiff filed an opposition on March 31, 2006, and defendant filed a reply on April 11, 2006. Accordingly, defendant's motion was deemed submitted on April 11, 2006. Local Rule 78-230(m). On May 3, 2006, plaintiff filed a motion seeking to continue defendant's motion pending completion of discovery, pursuant to Federal Rule of Civil Procedure 56(f).

　　　　Plaintiff's motion is untimely. The deadline for the completion of all discovery was July 25, 2005. Fed. R. Civ. P. 16(b). (Doc. 34.) Plaintiff may not now, more than nine months after the expiration of the discovery deadline, seek to continue defendant's motion so he may conduct further discovery.

///

///

///

1 | Plaintiff's Rule 56(f) motion, filed May 3, 2006, is HEREBY DENIED, with prejudice, on
2 | the ground that it is untimely and discovery is closed.

4 | IT IS SO ORDERED.

5 | **Dated:**   **May 5, 2006**              /s/ Sandra M. Snyder
  | icido3                                   UNITED STATES MAGISTRATE JUDGE