IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>F. RICHHI,<br><br>　　　　　　Defendant. | CV F 03-5892 AWI SMS P<br><br>**ORDER GRANTING REQUEST FOR MORE TIME TO FILE PRETRIAL STATEMENT**<br><br>**ORDER AMENDING SECOND SCHEDULING ORDER**<br><br>(Document #91) |

　　　Plaintiff, an inmate in the custody of the California Department of Corrections, brings this civil rights action against Defendant F. Richhi for allegedly subjecting Plaintiff to conditions of confinement that violate the Eighth Amendment. On September 18, 2006, the court issued its Second Scheduling Order. The court set trial in this matter for April 17, 2007 and a telephonic trial confirmation for March 5, 2007. The court ordered Plaintiff to file his pre-trial statement and any motion for the attendance of incarcerated witnesses by January 22, 2007.

　　　On January 26, 2007, Plaintiff filed a request for an extension of time. Citing to prison lock-downs and limited law library access, Plaintiff asks for more time to file his pre-trial statement.

　　　Good cause having been presented to the court, the court will give Plaintiff additional time in which to file his pre-trial statement and motion. While the court will not vacate the trial date at this time, other dates set forth in the September 18, 2006 Second Scheduling Order will

be amended.

Accordingly, the court orders that:

1. Plaintiff's motion for an extension of time is GRANTED;

2. The September 18, 2006 Second Scheduling Order is AMENDED as follows:

    a. Plaintiff shall serve and file a pre-trial statement by February 28, 2007;

    b. Defendant shall serve and file a pre-trial statement by March 12, 2007;

    c. This matter is set for a telephonic trial confirmation hearing before the undersigned on March 19, 2007 at 3:30 p.m.  Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5669**.

IT IS SO ORDERED.

**Dated:   February 9, 2007**             /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE