IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARRETT,                               1:03-CV-05892-AWI-SMS-P

            Plaintiff,

      vs.                                      ORDER REGARDING PLAINTIFF'S
                                              WITNESS, LLOYD BROOKS

C/O RICHHI, _____

            Defendant.                   _____ As to Lloyd Brooks T-46831

_____/

        IT IS HEREBY ORDERED THAT Lloyd Brooks (CDC# T-46831), witness for Plaintiff, may be returned to his facility immediately, because his testimony in the trial is concluded.   Because of Lloyd Brooks' medical condition, the court requests that Lloyd Brooks' transfer back to his facility be done as soon as possible.

IT IS SO ORDERED.

**Dated:   April 18, 2007**                    _____ **/s/ Anthony W. Ishii** _____
                                              UNITED STATES DISTRICT JUDGE